UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARKIRAT SINGH BAL,<br><br>        Plaintiffs,<br><br>   v.<br><br>ERIC HOLDER,<br><br>        Defendant. | No.  2:14-cv-2283 JAM CKD<br><br><br>ORDER |

Pursuant to 28 U.S.C. § 455(a), I disqualify myself from participating in this matter. The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

IT IS SO ORDERED.

Dated:  November 5, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

bal2283.rec

1