BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARKIRAT SINGH BAL,<br><br>        Plaintiff,<br><br>    v.<br><br>ERIC HOLDER,<br><br>        Defendant. | Case No.: 2:14-cv-2283 JAM EFB<br><br>**Joint Stipulation and Order re: Remand Pursuant to 8 U.S.C. § 1447(b)** |

This is an immigration case in which Plaintiff alleges that Defendant has failed to make a determination on his application for naturalization within 120 days as required by statute. 8 U.S.C. § 1447(b). The parties stipulate to a remand to United States Citizenship and Immigration Services with instructions to adjudicate the matter within 30 days of the order of remand.

In the event the adjudication is a denial of naturalization, the parties as well stipulate that jurisdiction will revert to this Court pursuant to 8 U.S.C. § 1421(c). The parties will promptly file a status report in such event.

Each side to bear its own costs of litigation.

1

Dated: December 11, 2014						Respectfully submitted,

											BENJAMIN B. WAGNER
											United States Attorney

											/s/ Audrey B. Hemesath
											AUDREY B. HEMESATH
											Assistant U.S. Attorney


DATED: December 11, 2014					Respectfully submitted,
											/s/ James Makasian
											James Makasian
											Attorney for the Plaintiff


### ORDER

Pursuant to 8 U.S.C. § 1447(b), United States Citizenship and Immigration Services is ordered to adjudicate the naturalization application within 30 days.


DATED:  12/12/2014

											/s/ John A. Mendez_____
											UNITED STATES DISTRICT COURT JUDGE